**FILED**

08/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0123

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0123

BRETT CAMEN,

      Plaintiff and Appellant,

   -vs-

GLACIER EYE CLINIC, P.C., and
KALISPELL REGIONAL MEDICAL
CENTER, INC.,

      Defendants and Appellees.

**ORDER GRANTING
APPELLANT'S UNOPPOSED
MOTION
FOR EXTENSION TO
FILE OPENING BRIEF**

Pursuant to M.R.App.P. 26(1) and upon Uncontested Motion of Appellant for an extension of time to file his Brief, and there being no objection from Appellees, IT IS HEREBY ORDERED that Appellant is granted a thirty-day extension, up to and including September 21, 2022, within which to file the Opening Brief.

SO ORDERED.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 12 2022